UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MOSA JAMAL ALMAHDI,
a/k/a MOSA JAMAL AL-MAHDI,        **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

## COUNT 1
(Felon in possession of firearms)

On or about June 25, 2015, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

MOSA JAMAL ALMAHDI,
a/k/a MOSA JAMAL AL-MAHDI,

having been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce one or more of the following firearms:

1) A Beretta, Model 92FS, 9mm semiautomatic pistol, Serial Number K99484Z; and

2) A Remington, Model 1911 R1S, .45 caliber semiautomatic pistol, Serial Number partially obscured.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

1

<u>**COUNT 2**</u>
(Felon in possession of firearms and ammunition)

On or about June 25, 2015, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

MOSA JAMAL ALMAHDI,
a/k/a MOSA JAMAL AL-MAHDI,

having been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce one or more of the following firearms and ammunition:

1) A Stevens, Model 320, 12 gauge shotgun, Serial Number 131728J;

2) A Stevens, Model 320, 12 gauge shotgun, Serial Number 134012F;

3) A Ruger, Model GP100, .357 caliber revolver, Serial Number 177-28269;

4) A Romarm/CUGIR, 7.62 x 39 mm caliber semiautomatic rifle, Serial Number BI-3842-85;

5) 105 rounds of Federal Ammunition Field and Target Multi-load 12 gauge shotgun shells or Remington Buckshot 12 gauge shotgun shells;

6) Three Tapco magazines containing a total of 78 rounds of Red Army Standard 7.62 x 39 mm caliber rifle ammunition;

7) One box containing 25 rounds of Hornady .357 caliber ammunition;

8) One box containing 50 rounds of PMC Bronze .357 caliber ammunition;

9) One box containing 50 rounds of Geco .38 Special caliber ammunition;

10) One box containing 20 rounds of Red Army Standard 7.62 x 39 mm caliber rifle ammunition; and

11) One box containing 19 rounds of Fiocchi Extrema XTP .380 caliber ammunition.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

## FORFEITURE ALLEGATION
(Felon in Possession of Firearms and Ammunition)

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of either of the offenses in violation of 18 U.S.C. § 922(g)(1) set forth in Counts 1 and 2 of this Indictment, the defendant,

MOSA JAMAL ALMAHDI,
a/k/a MOSA JAMAL AL-MAHDI,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1) A Beretta, Model 92FS, 9mm caliber semiautomatic pistol, Serial Number K99484Z; and

2) A Remington, Model 1911 R1S, .45 caliber semiautomatic pistol, Serial Number Serial Number partially obscured.

3) A Stevens, Model 320, 12 gauge shotgun, Serial Number 131728J;

4) A Stevens, Model 320, 12 gauge shotgun, Serial Number 134012F;

5) A Ruger, Model GP100, .357 caliber revolver, Serial Number 177-28269;

6) A Romarm/CUGIR, .762 x 39 mm caliber semiautomatic rifle, Serial Number BI-3842-85;

7) 105 rounds of Federal Ammunition Field and Target Multi-load 12 gauge shotgun shells or Remington Buckshot 12 gauge shotgun shells;

8) Three Tapco magazines containing a total of 78 rounds of Red Army Standard 7.62 x 39 mm caliber rifle ammunition;

9) One box containing 25 rounds of Hornady .357 caliber ammunition;

10) One box containing 50 rounds of PMC Bronze .357 caliber ammunition;

11) One box containing 50 rounds of Geco .38 Special caliber ammunition;

12) One box containing 20 rounds of Red Army Standard 7.62 x 39 mm rifle ammunition; and

13) One box containing 19 rounds of Fiocchi Extrema XTP .380 caliber ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
CLAY M. WEST
Assistant United States Attorney